# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRIAN EDWARD MAHONEY, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-21-479-G ) |
| WARDEN DANIEL MARTIN, | ) ) ) |
| Respondent. | ) |

## ORDER

Petitioner Brian Edward Mahoney, a federal detainee, filed a Petition seeking habeas corpus relief under 28 U.S.C. § 2241. *See* Pet. (Doc. No. 1). In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Suzanne Mitchell for preliminary review.

On June 23, 2021, Judge Mitchell issued a Report and Recommendation (Doc. No. 26), in which she recommended that this matter be transferred to the United States District Court for the Eastern District of North Carolina. In the Report and Recommendation, Judge Mitchell advised Petitioner of his right to object to the Report and Recommendation by July 7, 2021. Judge Mitchell also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

All filings and orders docketed in this matter have been mailed to Petitioner at the address provided by him to the Court Clerk's Office. Petitioner has not submitted any objection to the Report and Recommendation or sought leave for additional time to do so.

Accordingly, the Report and Recommendation is ADOPTED in its entirety, and this action is TRANSFERRED to the United States District Court for the Eastern District of North Carolina.

IT IS SO ORDERED this 14th day of July, 2021.

*[signature: Charles B. Goodwin]*
CHARLES B. GOODWIN
United States District Judge